IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN MEYER,

    Plaintiff,

vs.                          Civil Action 2:07-CV-1253
                              Magistrate Judge King

BARBARA McNICHOLAS, et al.,

    Defendants.

## VERDICT FORM

We, the jury herein, do find on plaintiff's claim:

   __X__ for Plaintiff John Meyer

   OR

   _____ for Defendant Barbara McNichols

**To be completed only if plaintiff prevails on his claim:**

Plaintiff is entitled to compensatory damages in the amount of $10,000.—

**To be completed only if plaintiff is entitled to compensatory damages:**

Plaintiff is entitled to punitive damages in the amount of $30,000.—