**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*

### SOUTHERN DISTRICT OF OHIO

John Meyer

        vs

Barbara McNicholas, et al

JUDGMENT IN A CIVIL CASE

Case Number 2:07-cv- 1253

**Judge Norah McCann King**

**[XXX] Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[] **Decision by Court.** This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** That pursuant to the Jury Verdict plaintiff John Meyer is entitled to compensatory damages in the amount of Ten Thousand Dollars ($10,000.00) and punitive damages in the amount of Thirty Thousand Dollars ($30,000.00)

Date: **August 19, 2009**                **James Bonini, Clerk**

                                                  **s/John D. Miller**
                                              John D. Miller/Courtroom Deputy